DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**ROBERT GALLIMORE** and **SHARON GALLIMORE,**
Appellees.

No. 4D2025-0588

[April 9, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A Robinson, Judge; L.T. Case No. 062022CA013092AXXXCE.

David A. Noel and Kara Rockenbach Link of Link & Rockenbach, PA, West Palm Beach, for appellant.

Mark A. Nation and Paul W. Pritchard of The Nation Law Firm, Longwood, and Tanner Lakey of Morgan & Morgan, Miami, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and SHERMAN, JAMES, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***